IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COLEMAN CONSULTING  LLC                                                                PLAINTIFF

v.                                            Case No. 4:18-cv-4123

DOMTAR CORPORATION and
DOMTAR A.W. LLC                                                                       DEFENDANTS

## ORDER

Before the Court is Defendants' Motion for Summary Judgment.  ECF No. 92.  Plaintiff has filed a response.  ECF No. 119.  Defendants have filed a reply.  ECF No. 121.  The Court finds this matter ripe for consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 92) should be and hereby is **GRANTED**.  Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of June, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge