IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COLEMAN CONSULTING LLC                                                                                           PLAINTIFF

v.                                            Case No. 4:18-cv-4123

DOMTAR CORPORATION and
DOMTAR A.W. LLC                                                                                                  DEFENDANTS

# ORDER

Before the Court is Defendants' Motion for Attorney's Fees and Costs. ECF No. 137. After the Court granted Defendants' summary judgment motion, Defendants filed a timely motion for attorney's fees and costs. Shortly thereafter, Plaintiff filed a motion asking the Court to reconsider its summary judgment ruling. ECF No. 139. Because the motion to reconsider had been filed, Plaintiff moved the Court for an extension of time to respond to Defendants' motion for attorneys' fees and costs until after the Court ruled on the motion to reconsider. ECF No. 142. The Court has now issued an order denying Plaintiff's motion to reconsider. ECF No. 153. The Court therefore orders Defendants, as the prevailing party, to file a renewed motion for attorney's fees and costs within fourteen days of the order denying Plaintiff's motion to reconsider. Accordingly, the Court is directed to term both the pending motion for attorney's fees and costs (ECF No. 137) and Plaintiff's motion for extension of time to respond (ECF No. 142).

**IT IS SO ORDERED**, this 31st day of March, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge